1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AFFLICTION HOLDINGS, LLC, a California limited liability company,<br><br>             Plaintiff(s),<br>   vs.<br><br>YING TAO; LINYIZHE; PAN YINGDONG; BAILEY BLAKE; KAILONG WEN; and DOE 1 through DOE 10, inclusive;<br><br>           Defendant(s). | CASE NO. SACV12-408-CJC(MLGX)<br><br>Assigned to Judge Cormac J. Carney<br>Magistrate Judge Marc L. Goldman<br><br>**PRELIMINARY INJUNCTION** |

This Cause came for hearing on May 14, 2012, pursuant to this Court's April 2, 2012, Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.  (Dkt. No. 18).  For the Reasons that follow, the preliminary injunctive relief sought in Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("*Ex Parte* Application") (Dkt. No. 15) is GRANTED.

1

## BACKGROUND

On April 5, 2012, Plaintiff, Affliction Holdings, LLC ("Affliction" or "Plaintiff") filed its First Amended Complaint (Dkt. No. 7) against Defendants Ying Tao, Linyizhe, Pan Yingdong, Bailey Blake, Kailong Wen, and Doe 1 through Doe 10, inclusive (collectively the "Defendants") for alleged violations of trademark counterfeiting and infringement, false designation of origin, and cyberpiracy.  On April 28, 2012, Plaintiff filed its *Ex Parte* Application for Entry of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. No. 15), and this Court entered an Order directing Defendants to show cause why Plaintiff's request for a Preliminary Injunction would not be granted. (Dkt. No. 18).  The Court further ordered Plaintiff to serve a copy of the Court's Order on the Defendants via email.  A Declaration regarding Plaintiff's compliance with the Court's Temporary Restraining Order was filed by Plaintiff on May 6, 2012. (Dkt. No. 22).

The Court convened the hearing on May 14, 2012, at which only counsel for Plaintiff was present and available to present evidence supporting the *Ex Parte* Application.  No written response has been filed by the Defendants to the *Ex Parte* Application, nor have Defendants appeared individually or through counsel in this matter.

## CONCLUSIONS OF LAW

The declarations and supporting evidentiary submissions Plaintiff submitted in support of its *Ex Parte* Application and the facts presented at oral argument support the following conclusions of law:

A.     Plaintiff has shown a likelihood of success on its claims against Defendants for federal trademark infringement and counterfeiting, false designation of origin, and cyberpiracy;

B.     Plaintiff will suffer irreparable harm unless Defendants are enjoined;

C.     A preliminary injunction is necessary to prevent irreparable injury to Plaintiff's reputation and business; and

D.     The balance of equities and the interests of justice support granting such relief.

Accordingly,  IT IS HEREBY ORDERED that Defendants, their respective officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants having notice of this Order are preliminarily restrained from manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Affliction trademarks which include the terms AFFLICTION, SINFUL, AFFLICTION LIVE FAST, AFFLICTION AMERICAN CUSTOMS, or any confusingly similar trademark; from secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Affliction, bearing the Affliction trademarks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Affliction trademarks, or any confusingly similar trademarks.

IT IS FURTHER ORDERED that Defendants, their respective officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants having notice of this Order shall, until the conclusion of this action, discontinue the use of the Affliction trademarks which include the terms AFFLICTION, SINFUL, AFFLICTION LIVE FAST, AFFLICTION AMERICAN CUSTOMS, and which are further identified in the attached Schedule A ("Affliction Marks"), or any confusingly similar trademarks in any manner, including on or in connection with Internet website businesses owned and operated or controlled by them, specifically including the Internet websites operating under the domain names listed on the attached Schedule B

1    (collectively referred to herein as the "Subject Domain Names").

2        IT IS FURTHER ORDERED that Defendants, their respective officers,

3    directors, employees, agents, subsidiaries, distributors, and all persons in active

4    concert or participation with Defendants having notice of this Order shall, until the

5    conclusion of this action, discontinue the use of the Affliction Marks (1) within

6    domain names, domain name extensions, metatags or other markers within their

7    websites' source code, (2) on any webpage (including as the title of any web page),

8    (3) in any advertising links to other websites, from search engines' databases or

9    cache memory, and (4) in any other manner of use in which such Affliction Marks

10   are visible to a computer user or serve to direct computer searches on search

11   engines to websites registered by, owned, or operated by Defendants, including the

12   Internet websites operating under the Subject Domain Names.

13       IT IS FURTHER ORDERED that Defendants shall not transfer ownership

14   of the Subject Domain Names during the pendency of this Action, or until further

15   Order of the Court.

16       IT IS FURTHER ORDERED that the Registrar(s) for the Subject Domain

17   Names, shall continue to lock the Subject Domain Names and, to the extent not

18   already done, provide to Plaintiff's counsel, for deposit with this Court, a Registrar

19   Certificate for each of the Subject Domain Names.

20       IT IS FURTHER ORDERED that the top level domain (TLD) Registries for

21   the Subject Domain Names, Verisign, Inc. (for the .net domains) and the Public

22   Interest Registry (for the .org domains), if any, shall immediately, or to the extent

23   already done continue to, maintain the Subject Domain Names on Registry Hold

24   status, thus removing them from the TLD zone files maintained by the respective

25   Registry which link the Subject domain Names to the IP addresses where their

26   associated websites are hosted.

27       IT IS FURTHER ORDERED that Defendants shall continue to preserve

28

1    copies of all their computer files relating to the use of any of the Subject Domain

2    Names and shall take all steps necessary to retrieve and preserve computer files

3    relating to the use of any of the Subject Domain Names and\or the website

4    operating thereunder which may have been deleted before the entry of this Order.

5         IT IS FURTHER ORDERED that this Preliminary Injunction shall remain in

6    effect during the pendency of this action, or until such further date as set by the

7    Court or stipulated to by the parties.

8         IT IS FURTHER ORDERED that the bond posted on or about May 4, 2012,

9    in the amount of $10,000.00 shall continue to be in effect during the pendency of

10   this preliminary injunction.

11

12

13   DATED: May 14, 2012        _____

14                               HONORABLE CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SCHEDULE A**

| Mark | Registration No. | Registration Date |
|---|---|---|
| SINFUL | 2,639,453 | October 22, 2002 |
| AFFLICTION | 3,109,069 | June 27, 2006 |
| AFFLICTION | 3,706,917 | November 3, 2009 |
| AFFLICTION | 3,747,346 | February 9, 2010 |
| AFFLICTION (stylized) | 3,790,247 | May 18, 2010 |
| AFFLICTION LIVE FAST | 3,888,936 | December 14, 2010 |
| AFFLICTION LIVE FAST | 3,906,589 | January 18, 2011 |
| AFFLICTION AMERICAN CUSTOMS | 4,032,767 | September 27, 2011 |

PRELIMINARY INJUNCTION

# SCHEDULE B

## SUBJECT DOMAIN NAMES

afflictionclothingwholesale.com

afflictionclothingwholesale.net

afflictionaustralia.net

afflictionsweden.com

afflictionsverige.com

afflictionstock.com

afflictionmall.com

PRELIMINARY INJUNCTION